Name: **Marcus G. Tiggs**
    **Slate and Leoni**
Address: **241 S. Figueroa Street**
    **Ste 230**
    **Los Angeles CA  90012**
Telephone: **213-625-0161**
☒ Attorney for Debtor(s)
☐ Debtor In Pro Per

# United States Bankruptcy Court
# Central District of California

In re **PIERCE, JUDITH M.**

Case No.
Chapter 7

Social Security No. **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**
Social Security No. _____
Debtor's Employer's Tax Identification No. _____

## NOTICE OF AVAILABLE CHAPTERS

1. Section 342(b) of 11 U.S. Code ("The Bankruptcy Code") states:
    "Prior to the commencement of a case under this title by an individual whose debts are primarily consumer debts, the clerk shall give written notice to such individual that indicates each chapter of this title under which such individual may proceed."

2. If your debts are primarily consumer ones (as opposed to business debts) and they do not exceed $269,250.00 unsecured or $807,750.00 secured (11 USC § 109(e)), you are eligible to file under Chapter 13 and to use future income to pay all or a portion of your existing debts.

3. You are eligible to file under Chapter 7 ("straight bankruptcy"), whereby debts are eliminated and your non-exempt assets are liquidated by the trustee for the benefit of your creditors.

4. You are also eligible to file under Chapter 11 ($800.00 filing fees plus $30 administrative fee) for debt reorganization.

5. You are not eligible to file under Chapter 9.

6. You may be eligible to file under Chapter 12.

7. All general filing eligibility is subject to 11 USC §§ 109, 727(a) (8) and (9), and 707(b).    Consult your attorney.

I HAVE READ THE ABOVE "NOTICE OF AVAILABLE CHAPTERS."

_____
Clerk of Court

_____
Signature of Debtor

_____
Signature of Joint Debtor

Notice of Available Chapters, CDC (4/98) West Group, Rochester, NY