In re **PIERCE, JUDITH M.** / Debtor  Case No. _____
(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband—H Wife—W Joint—J Community—C | Current Market Value of Debtor's Interest, In Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Debtor's principal residence commonly known as 11912 Silvercrest St., Moorpark, CA 93021. Ventura County<br>Legal Description: Lot 52 of Tract 4142-2, City Of Moorpark, As per map recorded in Book 106, Pages 75 to 81, inclusive, of miscellaneous records, in the office of the county recorder if said county.<br>See Attached Exhibit A | | | $ 455,000.00 | $ 403,000.00 |

No continuation sheets attached

**TOTAL $** 455,000.00
(Report also on Summary of Schedules.)

# EXHIBIT A

**EXHIBIT A**



**JON DOUGLAS COMPANY**

650 WESTLAKE BLVD.
WESTLAKE VILLAGE, CA 91362
BUS. (805) 496-3291
BUS. (818) 991-5170
FAX (805) 496-5524

Judith Pierce                                                  April 26, 2001
11912 Silvercrest Street
Moorpark, CA 93021

Dear Ms. Pierce,

After previewing your property yesterday I feel that the selling price of your property should be between $450,000 to $455,000. As you know, I have been selling homes in this area since 1986 and homes in Buttercreek Estate area for the past 13 years. I just closed the escrow on property at 12070 Silvercerst Street. I have attached copy of the active and sells in the Buttercreek Estate area for you review.

Please feel free to contact me if you have any questions at 805-529-3505.

Sincerely,

Pari Hession

Independently Owned And Operated By NRT Incorporated.

Search Criteria
City: Moorpark
Tract Code: 351

| # | Status | Street Address | Br | Baths | Sq Ft | SF-Lot | List Pr. | Sales Price | COE Date | YrBlt | Tract Name | Features | Pool |
|---|--------|----------------|----|----|------|-------|---------|-------------|----------|-------|------------|----------|------|
| 1 | ACT | 12731 MISTY GROVE ST | 4 | 3.50 | 3246 | 0 | $449900 | | | 1987 | BUTTERCREEK ES | FR DBR LNR LNF | COM IGG POO |
| 2 | CAN | 12759 MISTY GROVE ST | 5 | 4.50 | 3654 | 14188 | $479000 | | | 1988 | BUTTERCREEK ES | FR D V DBR MR ADP LNR LNF | COM POO |
| 3 | CAN | 4091 WINTERWOOD CT | 5 | 4.50 | 3600 | 14380 | $599500 | | | 1988 | BITTERCREEK ES | FR DBR BBQ OTH LNR LNF | COM POO |
| 4 | CAN | 4008 WINTERWOOD CT | 4 | 2.50 | 2679 | 9405 | $599500 | | | 1988 | BUTTER CREEK | FR PET RC ACC | COM POO |
| 5 | CAN | 4010 BENDING OAK CT | 4 | 2.50 | 2679 | 8683 | $412000 | | | 1988 | BUTTERCREEK ES | FR PET LNR LNF | COM POO |
| 6 | CAN | 12175 ARBOR HILL ST | 4 | 2.50 | 2680 | 10385 | $434000 | | | 1988 | BUTTERCREEK ES | FR D V DBR MR ADP | COM POO |
| 7 | CAN | 12759 MISTY GROVE ST | 5 | 4.50 | 3654 | 0 | $419500 | 08/01/2001 | | 1988 | BUTTERCREEK ES | FR D V DBR MR ADP LNR LNF | COM POO |
| 8 | CHG | 11971 MAPLE CREST ST | 5 | 4.50 | 3603 | 11724 | $479000 | | | 1987 | BUTTERCREEK ES | FR V DBR PET LNR LNF | COM POO |
| 9 | CHG | 12465 ARBOR HILL ST | 5 | 4.50 | 3500 | 10737 | $557950 | | | 1988 | BUTTERCREEK ES | FR D V LNR LNF | COM IGG GAS POO |
| 10 | CON | 12731 MISTYGROVE ST | 4 | 3.50 | 3246 | 7576 | $509500 | 05/20/2001 | | 1987 | BUTTERCREEK ES | FR DBR LNR LNF | COM IGG POO |
| 11 | EXP | 11862 SILVERCREST ST | 4 | 3.50 | 3246 | 9656 | $450000 | | | 1988 | BUTTERCREEK ES | FR PET LNR LNF | NON |
| 12 | EXP | 12192 ARBORHILL ST | 4 | 3.50 | 3246 | 11743 | $459900 | | | 1988 | BUTTERCREEK ES | FR D DBR MR PET ADP LNR LNF | COM POO |
| 13 | EXP | 4168 MISTY HOLLOW CT | 4 | 2.50 | 2700 | 9055 | $464900 | | | 1987 | BUTTERCREEK ES | FR D PET LNR LNF | COM IGG GAS POO |
| 14 | SLD | 11715 CHESTNUT RIDGE ST | 4 | 3.50 | 3509 | 7853 | $429900 | $431500 | 04/05/1999 | 1988 | BUTTERCREEK ES | FR D V DBR MR ADP LNR LNF | COM IGG POO |
| 15 | SLD | 3859 HUNTER CREST CT | 4 | 2.00 | 2679 | 11450 | $439000 | $395000 | 04/08/1999 | 1988 | BUTTERCREEK ES | FR D PET LNR LNF | PVT COM IGG GAS SOL |
| 16 | SLD | 12056 SILVERCREST ST | 4 | 3.50 | 3509 | 12274 | $395000 | $395000 | 04/13/1999 | 1986 | BUTTERCREEK ES | FR V LNR LNF | COM POO |
| 17 | SLD | 11734 BLOSSOMWOOD CT | 4 | 2.50 | 2679 | 12620 | $445500 | $443500 | 04/16/1999 | 1988 | BUTTERCREEK ES | FR V BBQ PET ADP LNR LNF | COM POO |
| 18 | SLD | 3860 HUNTERS GROVE CT | 5 | 4.50 | 3603 | 8934 | $378000 | $376000 | 05/27/1999 | 1988 | BUTTERCREEK ESTA | FR V LNR LNF | COM POO |
| 19 | SLD | 11583 FLOWERWOOD CT | 4 | 4.50 | 3603 | 14117 | $497500 | $495000 | 06/24/1999 | 1986 | BUTTERCRK EST. | FR V CB PET LNR LNF | PVT IGG FNC GAS POO |
| 20 | SLD | 4054 BENDING OAK | 4 | 3.50 | 3246 | 7779 | $480000 | $475000 | 07/06/1999 | 1988 | BUTTERCREEK ES | FR D V DBR BBQ LNR LNF | COM POO |
| 21 | SLD | 11884 MAPLECREST ST | 4 | 3.50 | 3279 | 11665 | $439500 | $429500 | 07/08/1999 | 1987 | BUTTERCREEK ES | FR D V DBR PET LNR LNF | COM IGG POO |
| 22 | SLD | 11757 CHESTNUT RIDGE ST | 4 | 2.50 | 2670 | 10290 | $415000 | $410000 | 07/18/1999 | 1988 | BUTTERCREEK ET | FR D V DBR MR LNR LNF | COM GAS POO |
| 23 | SLD | 11981 HAVENCREST ST | 4 | 3.50 | 3509 | 11816 | $490000 | $483000 | 09/17/1999 | 1986 | BUTTERCREEK E | FR V PET ADP LNF | COM POO |
| 24 | SLD | 11858 SILVERCREST ST | 4 | 3.50 | 3246 | 11886 | $479900 | $470000 | 02/29/2000 | 1987 | BUTTERCREEK ES | V LNF | COM IGG POO |
| 25 | SLD | 11883 MAPLECREST ST | 4 | 4.50 | 3631 | 7664 | $459000 | $480000 | 03/02/2000 | 1987 | BUTTERCREEK ES | FR D V DBR BBQ LNR LNF | COM POO |
| 26 | SLD | 12077 HAVENCRESS ST | 4 | 2.50 | 2679 | 12256 | $399900 | $399900 | 03/20/2000 | 1988 | BUTTERCREEK ES | FR D V LNR LNF | COM FNC GAS POO |
| 27 | SLD | 12465 ARBOR HILL ST | 4 | 3.50 | 3509 | 10737 | $484500 | $474000 | 03/30/2000 | 1988 | BUTTERCREEK ES | FR D V LNR LNF | COM IGG POO |
| 28 | SLD | 12089 HAVENCREST ST | 4 | 3.50 | 3509 | 11417 | $429000 | $415000 | 03/31/2000 | 1986 | BUTTERCREEK ES | FR V LNR LNF | COM GAS POO |
| 29 | SLD | 4036 WINTERWOOD CT | 4 | 3.50 | 0 | 0 | $452500 | $452500 | 04/03/2000 | 1988 | BUTTERCREEK ES | FR D DBR PET LNR LNF | COM POO |
| 30 | SLD | 11678 CHESTNUT RIDGE ST | 5 | 4.50 | 3603 | 15127 | $499500 | $480000 | 06/07/2000 | 1988 | BUTTERCREEK ES | FR D DBR LNR LNF | COM POO |
| 31 | SLD | 3876 HUNTERS GROVE CT | 5 | 4.50 | 3786 | 11800 | $507900 | $500000 | 06/20/2000 | 1987 | BUTTERCREEK ES | FR D V DBR MR ADP LNR LNF | PVT IGG GAS POO |
| 32 | SLD | 3929 QUAILWOOD ST | 5 | 4.50 | 3654 | 32614 | $649500 | $625000 | 06/29/2000 | 1988 | BUTTERCREEK ES | FR D DBR PET LNR LNF | COM POO |
| 33 | SLD | 3859 HUNTERS GROVE CT | 4 | 3.50 | 3246 | 15315 | $479000 | $473000 | 07/01/2000 | 1988 | BUTTERCREEK ES | FR V DBR PET LNR LNF | COM FNC GAS POO |
| 34 | SLD | 12050 HAVEN CREST ST | 4 | 3.50 | 3539 | 14624 | $498000 | $480000 | 07/11/2000 | 1986 | BUTTERCREEK ES | FR D PET LNR LNF | COM IGG GAS POO |
| 35 | SLD | 11562 W FLOWERWOOD CT | 5 | 4.50 | 3603 | 10900 | $499900 | $489000 | 07/17/2000 | 1988 | BUTTERCREEK ES | FR V DBR LNR LNF | PVT COM IGG FNC GAS |
| 36 | SLD | 11548 FLOWERWOOD CT | 4 | 2.50 | 2679 | 10714 | $418000 | $407000 | 07/21/2000 | 1988 | BUTTERCREEK ES | FR D DBR PET LNR LNF | COM IGG GAS POO |
| 37 | SLD | 4010 BENDING OAK CT | 4 | 2.50 | 2679 | 8683 | $399500 | $378000 | 07/28/2000 | 1988 | BUTTERCREEK ES | FR PET LNR LNF | COM POO |
| 38 | SLD | 12329 ARBORHILL ST | 5 | 4.50 | 3603 | 17781 | $509900 | $507000 | 08/15/2000 | 1988 | BUTTERCREEK | FR PET LNR LNF | COM FNC PER POO |
| 39 | SLD | 12143 ARBOR HILL ST | 4 | 3.50 | 3245 | 10318 | $469900 | $455500 | 08/18/2000 | 1987 | BUTTERCRK EST | FR V LNR LNF | COM POO |

# 1. Single Fam. Res. Listings [351.MLS]

**Search Criteria**
City: Moorpark
Tract Code: 351

| Desc # | Status | Street Address | Br | Baths | Sq Ft | SF-Lot | List Pr. | Sales Price | COE Date | YrBlt | Tract Name | Features | Pool |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | SLD | 11862 SILVERCREST ST | 4 | 3.50 | 3246 | 9656 | $459900 | $455000 | 08/18/2000 | 1988 | BUTTERCREEK | FR V DBR PET LNR LNF | COM POO |
| 41 | SLD | 11862 SILVERCREST ST | 4 | 3.50 | 3246 | 9656 | $459900 | $455000 | 08/19/2000 | 1988 | BUTTERCREEK | FR V PET LNR LNF | COM POO |
| 42 | SLD | 11851 W MAPLECREST ST | 5 | 4.50 | 3786 | 8186 | $585000 | $560000 | 08/20/2000 | 1988 | BTTERCREEK EST | FR D V DBR BBQ OTH LNR LNF | PVT COM IGG FNC GAS |
| 43 | SLD | 11993 SILVERCREST | 4 | 3.50 | 3246 | 8321 | $489000 | $477000 | 08/21/2000 | 1987 | | FR V DBR PET LNR LNF | COM POO |
| 44 | SLD | 11779 CHESTNUT RIDGE ST | 5 | 4.50 | 3603 | 10924 | $458800 | $475000 | 09/15/2000 | 1988 | BUTTER CREEK | FR V LNR LNF | COM POO |
| 45 | SLD | 11601 CHESTNUT RIDGE ST | 4 | 3.50 | 3246 | 12403 | $495000 | $475000 | 09/26/2000 | 1988 | BUTTERCREEK ES | FR V DBR LNR LNF | PVT IGG POO |
| 46 | SLD | 12023 SILVERCREST ST | 5 | 4.50 | 3603 | 8212 | $519990 | $495000 | 10/01/2000 | 1987 | BUTTERCREEK ES | FR V LNR LNF | COM POO |
| 47 | SLD | 11685 CHESTNUT RIDGE ST | 4 | 3.50 | 3246 | 8730 | $480000 | $475000 | 11/01/2000 | 1988 | BUTTERCREEK ES | FR V DBR CB LNR LNF | PVT COM IGG GAS POO |
| 48 | SLD | 4077 BENDING OAK CT | 4 | 3.50 | 3246 | 7599 | $465000 | $452500 | 11/15/2000 | 1988 | BUTTERCREEK ES | FR V DBR BBQ LNR LNF | COM POO |
| 49 | SLD | 4168 MISTY HOLLOW CT | 4 | 2.50 | 2700 | 9055 | $429000 | $410000 | 12/10/2000 | 1987 | BUTTERCREEK ES | FR: D DBR PET LNR LNF | COM IGG GAS POO |
| 50 | SLD | 12441 ARBOR HILL ST | 4 | 3.50 | 3246 | 11663 | $489950 | $479250 | 12/29/2000 | 1988 | BUTTERCREEK ES | FR V OTH LNF | COM IGG GAS PER POO |
| 51 | SLD | 12050 HAVENCREST ST | 4 | 3.50 | 3539 | 14624 | $498000 | $488000 | 12/29/2000 | 1986 | BUTTERCREEK ES | FR D DBR PET LNR LNF | PVT COM IGG FNC POO |
| 52 | SLD | 12643 MISTYGROVE ST | 4 | 3.50 | 3509 | 7932 | $479999 | $470000 | 01/16/2001 | 1988 | BUTTERCREEK ES | FR LNF | PVT IGG POO |
| 53 | SLD | 12070 SILVERCREST ST | 5 | 4.50 | 3603 | 11715 | $579900 | $558000 | 03/08/2001 | 1987 | BUTTERCREEK ES | FR V DBR LNR LNF | PVT IGG GAS POO |
| 54 | SLD | 12759 MISTY GROVE ST | 5 | 4.50 | 3654 | 14188 | $479000 | $460000 | 03/09/2001 | 1988 | BUTTERCREEK ES | FR D V DBR MR ADP LNR LNF | COM POO |
| 55 | SLD | 4091 WINTERWOOD CT | 5 | 4.50 | 3600 | 14380 | $579900 | $550000 | 04/02/2001 | 1988 | BUTTERCREEK ES | FR DBR BBQ OTH LNR LNF | PVT COM POO |