Attorney: **Marcus G. Tiggs**
**Slate and Leoni**
Address: **241 S. Figueroa Street**
**Ste 230**
**Los Angeles CA  90012**
Telephone: **213-625-0161**

# United States Bankruptcy Court
## Central District of California

In re **PIERCE, JUDITH M.**

Case No.
Chapter  7

Social Security No. **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**
Social Security No. _____
Debtor's Employer's Tax Identification No. _____

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) for legal services rendered or to be rendered in contemplation of and in connection with this case . $ _____ 2,800.00
   b) prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ 2,800.00
   c) the unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ 0.00

3. $ _____ 200.00 of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under Title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules of assets and liabilities, statement of affairs, and other documents required by the court.
   c) Representation of the debtor(s) at the first meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and *
   **None other**

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   **None other**

7. The undersigned have not shared or agreed to share, with any other person, other than with members of their law firm or corporation, any compensation paid or to be paid except as follows:
   **None**

Dated: **8/20/01**

_Marcus G. Tiggs_
_____
Attorney for Debtor(s)

* If a fee is paid by transfer of property or if security is taken, give details here and in appropriate Section of Schedules or Statement of Affairs.

Rule 2016(b) (4/91) West Group, Rochester, NY