| Attorney or Party Name, Address, Telephone and Fax Number, and CA State Bar No. | FOR COURT USE ONLY |
|---|---|
| *Marcus G. Tiggs*<br>*241 S. Figueroa Street*<br>*Ste 230*<br>*Los Angeles, CA, 90012*<br>*213-625-0161*<br>*FAX: 213-676-7955*<br>*Bar No: 137467*<br><br>*Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re *PIERCE, JUDITH M.* | CHAPTER 7 |
|---|---|
| | CASE NUMBER |
| Debtor | (No Hearing Required) |

# DECLARATION RE: LIMITED SCOPE OF APPEARANCE
# PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1. I am the attorney for the Debtor in the above-captioned banktuptcy case.

2. On (specify date) 04/30/2001, I agreed with the Debtor that for a fee of $2,800.00, I would provide only the following services:

   a. ☒ Prepare and file the Petition and Schedules
   b. ☒ Represent the Debtor at the 341(a) Meeting
   c. ☐ Represent the Debtor in any relief from stay actions
   d. ☐ Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727
   e. ☐ Represent the Debtor in any proceeding to determine whether a specific debt is nondischargable under 11 U.S.C. § 523
   f. ☐ Other (specify):

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth in the upper left-hand corner of this page.

Dated: 0?/20/2001

I HEREBY APPROVE THE ABOVE

_____
Signature of Debtor

Slate and Leoni
Law Firm Name
By: _____

Name: Marcus G. Tiggs
Attorney for Debtor