ORIGINAL

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

In Re: PIERCE, JUDITH MICHELE          )          Case No. ND01-12783 RR
                                       )
                                       )          Chapter 7  XX  , 11 ___ , 13 ___
                                       )
                                       )
                                       )
                                       )
                                       )

FILED
OCT 1 2 2001

## AMENDED SCHEDULES

Indicate which schedule is being amended.  Schedules "D" thru "F" requires $20.00 fee plus addendum mailing list attached if adding to creditor list.

___ A,  ___ B,  ___ C,  ___ D,  ___ E,  ___ F,  ___ G,  ___ H,  ___ I,  ___ J,

XX  Statement of Affairs          ___ Statement of Intentions          ___ Other

Statement of Affairs is being amended to add on a lawsuit

I, Judith Michele Pierce                    , the person(s) who subscribed to the foregoing Amended Schedule do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: 9-20-2001

_____
Debtor Signature
PIERCE, JUDITH MICHELE

** FOR COURT USE ONLY **

_____
Co-Debtor Signature

** SEE REVERSE SIDE **

B-1008

QUESTION 2 CONTINUED ...

| AMOUNT | SOURCE |
|---|---|
| Year to date: $8,750 | Room Rental |
| Last Year: $15,000 | Room Rental |
| Year before: $7,200 approx. | Room Rental |

### 3. Payments to creditors.

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Creditor: Washington Mutual<br>Address: PO Box 7402, Pasadena, CA 91119-7401<br>(MONTHLY MORTGAGE PAYMENTS) | Monthly | $2,600.00 per month | $300,000.00 (1st T/D residence) |
| Creditor: HomEQ Servicing Corp<br>Address: PO Box 96012, Charolette, NC 28296-0012 | Monthly | $720.00 per month | $103,000 (2nd T/D residence) 282 |
| Creditor: Capital One<br>Address: PO Box 85520<br>Richmond, VA 23286 | 8/2001<br>8/2001 | $543.00<br>$ 59.00 | $0<br>$0 |

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 4. Suits and administrative proceedings, executions, garnishments and attachments.

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Judith Pierce v. Bellagio<br>Case No. A429948 | Personal injury/ADA | 8th Judicial District Court State of Nevada, Clark County | Pending |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 5. Repossessions, foreclosures and returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

NOTE: IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULES AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE BELOW.

## PROOF OF SERVICE

I, hereby certify that a copy of the Amendment was mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: October 10, 2001

*Pola Davis*
Signature
Pola Davis

(SEE ATTACHED MAILING LIST)

United States Trustee
221 N. Figueroa St. #800
Los Angeles, CA 90012

David Farmer
Chapter 7 Trustee
PO Box 1443
San Luis Obispo, CA 93406

Judith Pierce
11912 Silvercrest St.
Moorpark, CA 93021-3186

B-1008 Rev. 2/93